IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TRUE VALUE COMPANY,

        Plaintiff,                           ORDER
                                          07-cv-584-jcs

   v.

ISENBERG'S INC., d/b/a ISENBERG'S
TRUE VALUE HARDWARE n/k/a ISENBERG'S,

        Defendant.
_____

Motion for default judgment came on to be heard before the Court in the above entitled matter on January 16, 2008, the plaintiff having appeared by Merchant & Gould by Kristine M. Boylan; defendant having failed to appear. Honorable John C. Shabaz, District Judge, presided.

ORDER

IT IS ORDERED that default judgment is entered in favor of plaintiff against defendant for attorney's fees in the amount of $17,048.73 together with costs in the amount of $363.74 for a total award of $17,412.47.

Entered this 16th day of January, 2008.

                            BY THE COURT:

                            /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge